# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## BECKLEY DIVISION

Integrity Coal Sales, Inc.,

       Plaintiff,

v.

Algoma Steel Inc.,

       Defendant.

Civil Action No. 5:25-cv-00602
JUDGE FRANK W. VOLK
MAGISTRATE JUDGE OMAR J. ABOULHOSN

## STIPULATION REGARDING ELECTRONIC
## SERVICE OF DOCUMENTS

Pursuant to Federal Rule of Civil Procedure 5(b)(2)(E), the Parties consent and stipulate to service of certain documents by email as follows:

    1)     Any document or other paper which requires the filing of a Certificate of Service with the Court's CM/ECF system will be deemed served when sent electronically unless the sender learns that it did not reach the person to be served.  Any deadline based on service under this provision shall be deemed to have been made on the date the Certificate of Service is filed.

    2)     Any document or paper sent electronically which does not require the filing of a Certificate of Service with the Court's CM/ECF system will be deemed to have been served by mail for purposes of calculating any deadline.  A party which contends that a deadline was missed for any document or paper served under this provision must prove receipt (such as by a reply email or other some acknowledgement of receipt).

This Stipulation may be modified by in writing signed by the parties or by the court for good cause shown.

INTEGRITY COAL SALES, INC.,

By:        /s/  Patrick C. Timony     
Its counsel

Patrick C. Timony (WVSB #11717)
Bowles Rice LLP
600 Quarrier Street
Post Office Box 1386
Charleston, West Virginia 25325-1386
(304) 347-1100
Fax: (304) 347-1756
ptimony@bowlesrice.com

Thomas M. Farrell Texas Bar No. 06839250
tfarrell@mcguirewoods.com
845 Texas Ave., Suite 2400
Houston, TX 77002
Telephone:(713) 353-6677
Facsimile: (832) 214-9933
(Visiting Attorney Statement filed)


ALGOMA STEEL INC.,


BY:        /s/  Jeffrey A. Holmstrand
          Its counsel

Jeffrey A. Holmstrand (#4893)
GROVE HOLMSTRAND & DELK, PLLC
44 ½ 15th Street
Wheeling, West Virginia  26003
304-905-1961 (main)
304-454-6500 (direct)
jholmstrand@ghdlawfirm.com

Kip T. Bollin (Visiting Attorney Statement filed)
Kip.Bollin@ThompsonHine.com
Jennifer S. Roach (Visiting Attorney Statement filed)
Jennifer.Roach@ThompsonHine.com
Caitlin R. Thomas (Visiting Attorney Statement filed)
Caitlin.Thomas@ThompsonHine.com
Koko Etokebe  (Visiting Attorney Statement filed)
Koko.Etokebe@ThompsonHine.com
THOMPSON HINE LLP
3900 Key Center
127 Public Square
Cleveland, Ohio 44114
Telephone: (216) 566-5500
Fax: (216) 566-5800