IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

| | |
|---|---|
| Integrity Coal Sales, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Algoma Steel Inc., <br><br> Defendant. | Civil Action No. 5:25-cv-00602 <br> JUDGE FRANK W. VOLK <br> MAGISTRATE JUDGE OMAR J. ABOULHOSN |

**JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER CONTAINING AN ATTORNEYS EYES ONLY PROVISION**

Now come the parties, by counsel, and jointly move pursuant to Federal Rule of Civil Procedure 26(c)(1)(G) for the entry of a two-tiered Protective Order containing an "Confidential Attorneys Eyes Only" designation ("AEO") in addition to the standard "Confidential" designation.

In support of this Motion, the parties believe that discovery in this commercial dispute is likely to seek disclosure of trade secret or other confidential commercial information of the parties and potentially non-parties[1] and that limiting potential dissemination of that information is warranted because it involves current and potentially future pricing, contract terms, and other competitively sensitive information. Here, the standard protective order found on the Southern District of West Virginia's website does not contain an AEO provision. Consistent with Rule 26(c)(1)(G), which permits the Court to specify the way in which trade secret or other confidential research, development, or commercial information be revealed, the parties propose a modified form of the standard protective order for use in case. The use of a tiered protective

---

[1] The proposed protective order here contains the same provision found in the SDWV's standard protective order extending its protection to non-parties who produce documents or other materials.

1

order is well within the Court's broad discretion.

The proposed Agreed Protective Oder attached to this motion simply adds a "Confidential Attorneys Eyes Only" designation and delineates to whom such documents or information may be disclosed. In particular, it adds the following language to Subsection I.D. of the form order:

> (2)    Any document or other material which is marked "'**CONFIDENTIAL ATTORNEYS EYES ONLY,**" or the contents thereof, may be disclosed by the receiving party only to the following individuals provided that such individuals are informed of the terms of this Protective Order: (a) two (2) in-house counsel who are identified by the receiving party; (b) outside counsel for the receiving party; (c) supporting personnel employed by (a) and (b), such as paralegals, legal secretaries, data entry clerks and legal clerks; (d) experts or consultants; (e) any persons requested by counsel to furnish services such as photocopying, document coding, image scanning, mock trial, jury profiling, translation services, court reporting services, demonstrative exhibit preparation, or the creation of any computer database from documents; (f) the author or recipient of the document or material; and (g) the Court and its personnel.

Proposed Agreed Protective Order at 2-3. The proposed additional language is largely drawn from the Sample Protective Order found on the Northern District of West Virginia's website: (https://www.wvnd.uscourts.gov/sites/wvnd/files/Proposed%20Draft%20Protective%20Order%20For%20Form.pdf).

Other than proposing to add that language and adding the words "Confidential Attorneys Eyes Only" to the standard protective order, the parties propose no other changes.

Accordingly, in order to avoid or limit motion practice in the future, the parties respectfully request that the Court enter the attached proposed two-tiered Protective Order.

                INTEGRITY COAL SALES, INC.,

             By:       /s/ Patrick C. Timony
                       Its counsel

Patrick C. Timony (WVSB #11717)
Bowles Rice LLP
600 Quarrier Street
Post Office Box 1386
Charleston, West Virginia 25325-1386
(304) 347-1100
Fax: (304) 347-1756
ptimony@bowlesrice.com

Thomas M. Farrell Texas Bar No. 06839250
tfarrell@mcguirewoods.com
845 Texas Ave., Suite 2400
Houston, TX 77002
Telephone:(713) 353-6677
Facsimile: (832) 214-9933
(*Visiting Attorney Statement filed*)

                ALGOMA STEEL INC.,

             BY:       /s/ Jeffrey A. Holmstrand
                       Its counsel

Jeffrey A. Holmstrand (#4893)
GROVE HOLMSTRAND & DELK, PLLC
44 ½ 15th Street
Wheeling, West Virginia  26003
304-905-1961 (main)
304-454-6500 (direct)
jholmstrand@ghdlawfirm.com

Kip T. Bollin (*Visiting Attorney Statement filed*)
*Kip.Bollin@ThompsonHine.com*
Jennifer S. Roach (*Visiting Attorney Statement filed*)
*Jennifer.Roach@ThompsonHine.com*
Caitlin R. Thomas (*Visiting Attorney Statement filed*)
*Caitlin.Thomas@ThompsonHine.com*
Koko Etokebe  (*Visiting Attorney Statement filed*)
*Koko.Etokebe@ThompsonHine.com*
**THOMPSON HINE LLP**
3900 Key Center
127 Public Square
Cleveland, Ohio 44114
Telephone: (216) 566-5500
Fax: (216) 566-5800

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER CONTAINING AN ATTORNEYS EYES ONLY PROVISION was filed electronically on January 26, 2026 and counsel of record will receive notice of the filing pursuant to the Court's electronic filing system.

ALGOMA STEEL INC.,

BY:     /s/ Jeffrey A. Holmstrand
       Its counsel

Jeffrey A. Holmstrand (#4893)
GROVE HOLMSTRAND & DELK, PLLC
44 ½ 15th Street
Wheeling, West Virginia 26003
304-905-1961 (main)
304-454-6500 (direct)
jholmstrand@ghdlawfirm.com